**ORDER**

AND NOW this 26th day of July, 2019, it is ORDERED that the parties shall proceed as directed in this Memorandum Opinion.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE